[No. 1222-3.   Division Three.   February 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD LONGOZO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitti-

1032

tas County, No. C-7264, W. R. Cole, J., entered May 31, 1974. *Affirmed* by unpublished per curiam opinion.